Troy A. Wallin, Esq. (No. 7202)
WALLIN HESTER, PLC
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone: 702-852-3100
Facsimile: 702-933-8686
*Attorneys for Defendant Phytage Labs, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TURTLE PEAK, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> PHYTAGE LABS, LLC, a Florida limited liability company; GEORGE RIVERA, an individual; DOES I to X, inclusive; and ROES I to X, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-01476-GMN-NJK <br><br> ORDER <br> **EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Defendant PHYTAGE LABS, LLC, a Florida limited liability company ("Defendant"), by and through its undersigned counsel, and TURTLE PEAK, LLC, a Nevada limited liability company ("Plaintiff"), by and through its undersigned counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (this "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2 and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant was served with Plaintiffs' Complaint on August 9, 2019, and Defendant filed its Petition for Removal on August 23, 2019. The instant extension is requested as Defendant's Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned

respectfully request that this Court grant an extension of time, up to and including September 23, 2019, for Defendant to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 3rd day of September, 2019.

| WALLIN HESTER, PLC | WILEY PETERSEN |
|---|---|
| /s/ Troy A. Wallin<br>By: Troy A. Wallin, Esq.<br>Nevada Bar No. 7202<br>10781 W. Twain Ave.<br>Las Vegas, NV 89135<br>*Attorneys for Defendant*<br>*Phytage Labs, LLC* | /s/ Jason M. Wiley<br>By: Jason M. Wiley, Esq.<br>Nevada Bar No. 9274<br>Ryan S. Peterson, Esq. (10715)<br>1050 Indigo Drive<br>Suite 130<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiff*<br>*Turtle Peak, LLC* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 3, 2019