Troy A. Wallin, Esq. (No. 7202)
WALLIN HESTER, PLC
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone: 702-852-3100
Facsimile: 702-933-8686
*Attorneys for Defendant Phytage Labs, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TURTLE PEAK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PHYTAGE LABS, LLC, a Florida limited liability company; GEORGE RIVERA, an individual; DOES I to X, inclusive; and ROES I to X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01476-GMN-NJK<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Defendant PHYTAGE LABS, LLC, a Florida limited liability company ("Defendant"), and Defendant GEORGE RIVERA, by and through its undersigned counsel, and TURTLE PEAK, LLC, a Nevada limited liability company ("Plaintiff"), by and through its undersigned counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's' Complaint (this "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2 and LR 7-1 of the Local Rules of this Court. This is the second request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant PHYTAGE LABS was served with Plaintiff's Complaint on August 9, 2019, and Defendant filed its Petition for Removal on August 23, 2019. Defendant GEORGE RIVERA was thereafter served September 3, 2019. The instant extension is requested as Defendants' Counsel requires additional time to prepare a responsive pleading to the Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully request that this Court grant an extension of time, up to and including September 27, 2019, for Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 23rd day of September, 2019.

| WALLIN HESTER, PLC | WILEY PETERSEN |
|---|---|
| /s/ Troy A. Wallin | /s/ Jason M. Wiley |
| By: Troy A. Wallin, Esq. | By: Jason M. Wiley, Esq. |
| Nevada Bar No. 7202 | Nevada Bar No. 9274 |
| 10781 W. Twain Ave. | Ryan S. Peterson, Esq. (10715) |
| Las Vegas, NV 89135 | 1050 Indigo Drive |
| *Attorneys for Defendant* | Suite 130 |
| *Phytage Labs, LLC and Defendant* | Las Vegas, NV 89145 |
| *George Rivera* | *Attorneys for Plaintiff* |
| | *Turtle Peak, LLC* |

### **ORDER**

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED: September 24, 2019