| | |
|---|---|
| JASON M. WILEY, ESQ.<br>Nevada Bar No. 009274<br>RYAN S. PETERSEN, ESQ.<br>Nevada Bar No. 010715<br>**WILEY PETERSEN**<br>1050 Indigo Dr., Suite 130<br>Las Vegas, Nevada 89145<br>Telephone No.: (702) 910-3329 | |

*Attorneys for Plaintiff Turtle Peak, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TURTLE PEAK, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PHYTAGE LABS, LLC, a Florida limited liability company; GEORGE RIVERA, an individual; DOES I to X, inclusive; and ROES I to X, inclusive,<br><br>Defendants. | CASE NO: 2:19-CV-01476-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff TURTLE PEAK, LLC, by and through its counsel of record, the law firm Wiley Petersen, and Defendants PHYTAGE LABS, LLC and GEORGE RIVERA, by and through their counsel of record, the law firm Wallin Hester, PLC, hereby stipulate and agree to the dismissal of this action, with prejudice, and with each party to bear their own costs and attorneys' fees. The parties further agree no party is to be considered a prevailing party in this action for the purposes of seeking an award of attorneys' fees or costs pursuant to any applicable rules, statutes, or laws, whether local, state, or federal.

///

///

///

///

///

Therefore, the parties respectfully request the Court enter an order pursuant to this stipulation and dismiss this action with prejudice.

| **WILEY PETERSEN** | **WALLIN HESTER, PLC** |
|---|---|
| */s/ Jason M. Wiley*<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 09274<br>RYAN S. PETERSEN, ESQ.<br>Nevada Bar No. 10715<br>1050 Indigo Drive, Suite 130<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* | */s/ Troy A. Wallin*<br>TROY A. WALLIN, ESQ.<br>Nevada Bar No. 07202<br>10781 West Twain Avenue<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED.

Dated this 17 day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court